An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
RICK LAWTON, BAR NO. 694.

No. 63286

**FILED**

NOV 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER GRANTING PETITION FOR RESIGNATION

This is an application by attorney Rick Lawton for his resignation from the Nevada bar with disciplinary charges pending. Lawton acknowledges that there are charges pending against him stemming from his consent to entry of judgment in a civil action against him filed by the Securities Exchange Commission. Bar counsel has filed a motion in support of the application and recommended that the resignation be approved subject to the requirements of SCR 98(5)(b)-(d). SCR 98(5)(b) and (d) provide:

> (b) A member of the state bar against whom disciplinary charges are pending may tender a written application resigning from membership in the state bar and relinquishing the right to practice law. No such resignation shall become effective unless and until ordered by the supreme court after consideration and recommendation by bar counsel.
>
> . . . .
>
> (d) The state bar shall retain jurisdiction to investigate and take action with respect to

SUPREME COURT
OF
NEVADA

(O) 1947A

14- 37005

matters involving a past member's conduct prior to the member's resignation from the state bar.

Lawton acknowledges that his resignation is irrevocable, and he agrees to relinquish his right to practice in Nevada. *See* SCR 98(5)(c).

We conclude that the application satisfies the requirements of SCR 98(5). Accordingly, we grant the motion and approve Rick Lawton's application for resignation, subject to the state bar's continuing jurisdiction under SCR 98(5)(d). Lawton shall comply with SCR 115 and the state bar shall comply with SCR 121.1. *See* SCR 98(5)(e).

It is so ORDERED.[1]

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

cc: David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Rick Lawton
Perry Thompson, Admissions Office, United States Supreme Cour

---

[1]This is our final disposition of this matter. Any future proceedings concerning Lawton shall be filed under a new docket number.